## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND EMPLOYEE RETENTION ASSETS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>JAMES DONDERO, MARK OKADA, MARK KATZ, MICHAEL HURST, SHONN BROWN, SCOTT ELLINGTON, ISAAC LEVENTON, ERIC GIRARD, JOHN HONIS, TED DAMERIS, RAYMOND JOSEPH DOUGHERTY, LANE BRITAIN, FRANK WATERHOUSE, BRIAN COLLINS, HUNTON ANDREWS KURTH LLP, ABRAMS & BAYLISS LLP, DLA PIPER LLP, NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; JOHN HONIS, AS TRUSTEE OF HUNTER MOUNTAIN INVESTMENT TRUST; LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:24-cv-00498-K |

---

1

## APPENDIX IN SUPPORT OF MOTION TO DISMISS

The Highland Defendants file this Appendix in support of their Motion to Dismiss and request the Court take judicial notice of the documents contained herein.

| Exhibit | Original Document Date | Document | Appendix Page(s) |
|---|---|---|---|
| A | 2024.10.30 | Declaration of Michael P. Aigen | App. 1-7 |
| 1 | 2009.10.26 | HERA LLC Agreement | App. 8-23 |
| 2 | 2012.02.16 | HERA 2nd Amended LLC Agreement | App. 24-45 |
| 3 | 2013.01.17 | HERA Amendment to 2nd Amended Agreement | App. 46-53 |
| 4 | 2013.01.17 | Second Amendment to the Second Amended HERA LLC Agreement | App. 54-60 |
| 5 | 2013.02.01 | Third Amended HERA LLC Agreement | App. 61-72 |
| 6 | 2013.05.07 | Daugherty's 3d Am. Tex. Counterclaim | App. 73-129 |
| 7 | 2013.10.21 | Daugherty's Resp. to HERA Board Tex. MSJ | App. 130-238 |
| 8 | 2013.10.28 | Texas MSJ Order for Highland Parties | App. 239-244 |
| 9 | 2013.10.28 | Texas MSJ Order for 3rd-Party Defendants | App. 245-248 |
| 10 | 2013.12.31 | Daugherty's Mot. To Reconsider Texas Highland MSJ | App. 249-285 |
| 11 | 2014.01.10 | Daugherty's Texas Trial Exhibit List | App. 286-306 |
| 12 | 2014.01.24 | Tex. Trial Trans., Jan. 24, 2014 (filed at Highland Bankruptcy Dkt. 1284, Ex. 18) | App. 307-512 |
| 13 | 2014.02.06 | Texas Verdict | App. 513-544 |
| 14 | 2014.07.11 | Texas Judgment | App. 545-550 |
| 15 | 2013.12.13 | Escrow Agreement (filed at *Delaware I* Original Verified Complaint, Ex. G) | App. 551-557 |
| 16 | 2017.07.06 | *Delaware I* Complaint | App. 558-597 |
| 17 | 2019.02.15 | *Delaware I* 2d Am. Complaint | App. 598-725 |
| 18 | 2019.08.29 | *Delaware I* Pre-Trial Brief | App. 726-803 |

| Exhibit | Original Document Date | Document | Appendix Page(s) |
|---|---|---|---|
| 19 | 2019.10.14 | *Delaware I* Trial Transcript Vol. 1<br><br>(filed at Highland Bankruptcy Dkt. 1284, Ex. 40) | App. 804-1085 |
| 20 | 2019.10.16 | *Delaware I* Trial Stay | App. 1086-1089 |
| 21 | 2019.12.01 | *Delaware II* Complaint | App. 1090-1137 |
| 22 | 2020.05.15 | *Delaware II* Am. Complaint | App. 1138-1187 |
| 23 | 2020.09.22 | *Delaware II* Opp'n to MTD | App. 1188-1256 |
| 24 | 2023.04.06 | *Delaware II* Appendix to Opening Brief of Appellant Daugherty | App. 1257-3113 |
| 25 | 2020.04.06 | Highland Bankruptcy Proof of Claim No. 77<br><br>(filed by Daugherty in the Highland Bankruptcy) | App. 3114-3124 |
| 26 | 2021.12.08 | Highland's Motion to approve settlement with Daugherty<br><br>(Highland Bankruptcy Dkt. 3088) | App. 3125-3145 |
| 27 | 2022.02.24 | Daugherty's Joinder in Highland's Motion to approve settlement with Daugherty<br><br>(Highland Bankruptcy Dkt. 3258) | App. 3146-3534 |
| 28 | 2021.12.08 | Highland-Daugherty Settlement Agreement<br><br>(Highland Bankruptcy Dkt. 3089, Ex. 1) | App. 3535-3567 |
| 29 | 2022.03.08 | Order approving Highland-Daugherty settlement agreement<br><br>(Highland Bankruptcy Dkt. 3298) | App. 3568-3572 |
| 30 | 2022.03.09 | Transcript of March 1, 2023 hrg. re Motion to approve Highland-Daugherty settlement<br><br>(Highland Bankruptcy Dkt. 3306) | App. 3573-3659 |

Dated: October 30, 2024

/s/ Deborah Deitsch-Perez
Deborah Deitsch-Perez
State Bar No. 24036072
Michael Aigen
State Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, TX 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

**ATTORNEYS FOR DEFENDANTS
JAMES DONDERO; NANCY
DONDERO, AS TRUSTEE OF THE
DUGABOY INVESTMENT TRUST;
SCOTT ELLINGTON; ISAAC
LEVENTON; GRANT JAMES SCOTT,
AS TRUSTEE OF THE GET GOOD
TRUST; FRANK WATERHOUSE;
BRIAN COLLINS; AND ERIC
GIRARD**


/s/ Andrew F. Newman
Andrew F. Newman
Texas State Bar No. 24060331
**POLSINELLI PC**
2950 N. Harwood Street, Suite 2100
Dallas, Texas 76005
Tel: (214) 661-5506
Fax: (214) 397-0033
Email: afnewman@polsinelli.com

**ATTORNEY FOR DEFENDANT
RAYMOND JOSEPH DOUGHERTY**

4

*/s/ Mazin A. Sbaiti*

**SBAITI & COMPANY PLLC**
Mazin A. Sbaiti
Texas Bar No. 24058096
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
Amy L. Ruhland
Texas Bar No. 24043561
aruhland@reichmanjorgensen.com
Ryan J. Sullivan (admitted pro hac vice)
Texas Bar No. 24102548
rsullivan@reichmanjorgensen.com
Abigail L. Griffith (admitted pro hac vice)
Texas Bar No. 24113585
agriffith@reichmanjorgensen.com

**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
901 S. MoPac Expressway
Building 1, Suite 300
Austin, TX 78746
(650) 623-1401

**ATTORNEYS FOR DEFENDANT JOHN HONIS, INDIVIDUALLY AND AS TRUSTEE OF THE HUNTER MOUNTAIN INVESTMENT TRUST**

*/s/ Stephen C. Rasch*

Stephen C. Rasch
State Bar No. 1723370
Anthony J. Campiti
State Bar No. 798092
Abigail E. Schultz
State Bar No. 24125063
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201-2923
Telephone: (214) 969-1700
Facsimile: (214) 969-1751
E-mail: Stephen.rasch@hklaw.com

E-mail: Tony.campiti@hklaw.com
E-mail: Abigail.schultz@hklaw.com

**ATTORNEYS FOR DEFENDANT LANE
BRITAIN**


*/s/ Cortney C. Thomas*
Cortney C. Thomas
cort@brownfoxlaw.com
Texas Bar No. 24075153
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
T: 214-327-5000
Brian D. Glueckstein
(*pro hac vice forthcoming*)
gluecksteinb@sullcrom.com
New York Bar No. 4227005
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004-2498

**ATTORNEYS FOR DEFENDANTS
MARK OKADA, LAWRENCE
TONOMURA AS TRUSTEE OF MARK
& PAMELA OKADA FAMILY TRUST –
EXEMPT TRUST #1, AND LAWRENCE
TONOMURA AS TRUSTEE OF MARK
& PAMELA OKADA FAMILY TRUST –
EXEMPT TRUST #2**

6

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 30, 2024, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing system to the parties that are registered or otherwise entitled to receive electronic notices in this case.

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
