**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| HIGHLAND EMPLOYEE RETENTION ASSETS LLC | § § § § § § § | |
| *Plaintiff,* | | |
| v. | § § | Civil Action No. 3:24-cv-00498-K |
| JAMES DONDERO, MARK OKADA, MARK KATZ, MICHAEL HURST, SHONN BROWN, SCOTT ELLINGTON, ISAAC LEVENTON, ERIC GIRARD, JOHN HONIS, TED DAMERIS, RAYMOND JOSEPH DOUGHERTY, AMIT WALIA, PATRICK BOYCE, LANE BRITAIN, FRANK WATERHOUSE, BRIAN COLLINS, HUNTON ANDREWS KURTH LLP, ABRAMS & BAYLISS LLP, DLA PIPER LLP, NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; JOHN HONIS, AS TRUSTEE OF HUNTER MOUNTAIN INVESTMENT TRUST; LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2 | § § § § § § § § § § § § § § § § § § § § § § § § § | |
| *Defendants*. | § § | |

**APPENDIX IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS**

1

CORE/3522697.0005/189548919.1

The Highland Defendants submit the following documents in support of their Motion for Rule 11 Sanctions:

| Exhibit | Description | Appx. |
|---|---|---|
| A | Declaration of Deborah Deitsch-Perez, dated Nov. 5, 2024 | N/A |
| 1 | Letter from Deborah Deitsch-Perez of Stinson LLP to Matthew Bobo, dated May 22, 2024 | 001-007 |
| 2 | Letter from Robert Sayles to Matthew Bobo, dated August 8, 2024 | 008-019 |
| 3 | Patrick Daugherty's Texas Exhibit List, dated January 10, 2014 | 020-040 |
| 4 | Daugherty's Texas Pretrial Brief, dated August 29, 2019 | 041-118 |
| 5 | Daugherty's Texas Third Amended Counterclaim, dated May 7, 2013 | 119-175 |
| 6 | Daugherty's Texas Response to Third-Party Defendants' Motion for Summary Judgment, dated October 21, 2013 | 176-284 |
| 7 | Daugherty's Texas Motion for Reconsideration on Portions of Order, dated December 31, 2013 (excerpt) | 285-321 |
| 8 | Texas trial Transcript excerpts, dated January 23, 2014 | 322-458 |
| 9 | Texas trial Transcript excerpts, dated January 24, 2014 | 459-528 |
| 10 | Delaware I Second Amended Complaint, dated February 15, 2019 (excerpt) | 529-656 |
| 11 | Texas Order on Highland Parties Motion for Traditional and No Evidence Partial Summary Judgment, dated October 28, 2013 | 657-662 |
| 12 | Texas Order on Third-Party Defendants' Traditional and Affirmative Motion for Summary Judgement, dated October 28, 2013 | 663-666 |
| 13 | Texas Jury Charge, dated February 6, 2014 | 667-698 |
| 14 | Texas Final Judgment, dated July 14, 2014 | 699-704 |

CORE/3522697.0005/189548919.1

| Exhibit | Description | Appx. |
|---|---|---|
| 15 | Delaware I Original Verified Petition, dated July 6, 2017 | 705-744 |
| 16 | Delaware I Trial Stay, dated October 16, 2019 | 745-748 |
| 17 | Delaware II Verified Complaint in *Daugherty v Dondero, et al.*, dated December 1, 2019 | 749-799 |
| 18 | Delaware II Verified Amended Complaint in *Daugherty v Dondero, et al.*, dated May 15, 2020 | 800-849 |

Dated: November 5, 2024                    Respectfully submitted,


*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
State Bar No. 24036072
Michael Aigen
State Bar No. 24012196
**STINSON LLP**
2200 Ross Avenue, Suite 2900
Dallas, TX 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

**ATTORNEYS FOR DEFENDANTS JAMES DONDERO; NANCY DONDERO, AS TRUSTEE OF THE DUGABOY INVESTMENT TRUST; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT, AS TRUSTEE OF THE GET GOOD TRUST; FRANK WATERHOUSE; BRIAN COLLINS; AND ERIC GIRARD**


*/s/ Andrew F. Newman*
Andrew F. Newman
Texas State Bar No. 24060331
**POLSINELLI PC**

3

CORE/3522697.0005/189548919.1

2950 N. Harwood Street, Suite 2100
Dallas, Texas 76005
Tel: (214) 661-5506
Fax: (214) 397-0033
Email:  afnewman@polsinelli.com

**ATTORNEY FOR DEFENDANT
RAYMOND JOSEPH DOUGHERTY**

*/s/ Mazin A. Sbaiti*
Mazin A. SbaitiMazin A. Sbaiti
Texas Bar No. 24058096
**SBAITI & COMPANY PLLC**
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com

Amy L. Ruhland
Texas Bar No. 24043561
aruhland@reichmanjorgensen.com
Ryan J. Sullivan (admitted pro hac vice)
Texas Bar No. 24102548
rsullivan@reichmanjorgensen.com
Abigail L. Griffith (admitted pro hac vice)
Texas Bar No. 24113585
agriffith@reichmanjorgensen.com
**REICHMAN  JORGENSEN  LEHMAN &
FELDBERG LLP**
901 S. MoPac Expressway
Building 1, Suite 300
Austin, TX 78746
(650) 623-1401

**ATTORNEYS  FOR  DEFENDANT  JOHN
HONIS,  INDIVIDUALLY  AND  AS
TRUSTEE OF THE HUNTER MOUNTAIN
INVESTMENT TRUST
ATTORNEYS  FOR  DEFENDANT  JOHN
HONIS,  INDIVIDUALLY  AND  AS
TRUSTEE OF THE HUNTER MOUNTAIN
INVESTMENT TRUST**

4

CORE/3522697.0005/189548919.1

*/s/ Stephen C. Rasch*
Stephen C. Rasch
State Bar No. 1723370
Anthony J. Campiti
State Bar No. 798092
**HOLLAND & KNIGHT LLP OLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201-2923
Telephone: (214) 969-1700
Facsimile: (214) 969-1751
E-mail: Stephen.rasch@hklaw.com
E-mail: Tony.campiti@hklaw.com

**ATTORNEYS FOR DEFENDANT LANE BRITAIN**

*/s/ Mark L. Johansen*
Mark L. Johansen
State Bar No. 10670240
Barry Golden
State Bar No. 24002149
**EGAN NELSON LLP**
2911 Turtle Creek Blvd., Suite 1100
Dallas, Texas 75219
Phone: (214) 628-9500
Facsimile: (214) 628-9505
Email: mark.johansen@egannelson.com
        barry.golden@egannelson.com

**ATTORNEYS FOR DEFENDANT TED DAMERIS**

*/s/ Cortney C. Thomas*
Cortney C. Thomas
cort@brownfoxlaw.com
Texas Bar No. 24075153
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, TX 75225
T: 214-327-5000

5

CORE/3522697.0005/189548919.1

Brian D. Glueckstein
(*pro hac vice forthcoming*)
gluecksteinb@sullcrom.com
New York Bar No. 4227005
**SULLIVAN & CROMWELL, LLP**
125 Broad Street
New York, NY 10004-2498

**ATTORNEYS FOR DEFENDANTS MARK OKADA, LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1, AND LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 5, 2024, a copy of the foregoing document was served on all parties of record via the Court's electronic filing system.

*/s/ Deborah Deitsch-Perez*

6

CORE/3522697.0005/189548919.1