IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND EMPLOYEE RETENTION ASSETS LLC, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:24-cv-00498-K |
| JAMES DONDERO; MARK OKADA; MARK KATZ; MICHAEL HURST; SHONN BROWN; SCOTT ELLINGTON; ISAAC LEVENTON; ERIC GIRARD; JOHN HONIS; TED DAMERIS; RAYMOND JOSEPH DOUGHERTY; AMIT WALLA; PATRICK BOYCE; LANE BRITAIN; FRANK WATERHOUSE; BRIAN COLLINS, HUNTON ANDREWS KURTH LLP; ABRAMS & BAYLISS LLP; DLA PIPER LLP; NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; JOHN HONIS, AS TRUSTEE OF HUNTER MOUNTAIN INVESTMENT TRUST; LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #1; LAWRENCE TONOMURA AS TRUSTEE OF MARK & PAMELA OKADA FAMILY TRUST – EXEMPT TRUST #2, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § § | |

**APPENDIX IN SUPPORT OF PLAINTIFF HIGHLAND EMPLOYEE RETENTION ASSETS LLC'S OMNIBUS RESPONSE TO THE HIGHLAND DEFENDANTS, OUTSIDE ATTORNEYS DEFENDANTS AND TRUSTEE DEFENDANTS' MOTIONS TO DISMISS**

1

Plaintiff files this Appendix in support of its Response to the Highland Defendants, Outside Attorneys Defendants and Trustee Defendants' Motions to Dismiss.

| Ex. | Description | Date | Appendix Nos. |
|---|---|---|---|
| 1 | Highland Capital Management, L.P.'s Schedule of Investments | | APP 0001 |
| 2 | Agreed Motion to Partially Vacate the Final Judgment Dated July 14, 2014 | 03/17/2022 | APP 002-6 |
| 3 | Third-Party Defendant HERA's Notice of Cash Deposit in Lieu of Supersedes Bond and Affidavit Establishing Net Worth | 09/19/2014 | APP 007-22 |
| 4 | Letters Rogatory Motion Transcript from Texas Trial | 09/22/2014 | APP 0023-26 |
| 5 | Plaintiff Highland Capital Management, L.P.'s Application for Writ of Garnishment Exhibit B Ellington Affidavit | 12/08/2016 | APP 0027-40 |
| 6 | *Delaware I* Second Amended Complaint | 02/15/2019 | APP 0041-84 |
| 7 | *Delaware II* Verified Amended Complaint | 05/15/2020 | APP 0085-133 |
| 8 | Excerpts from Deposition of James Seery | 03/20/2024 | APP 0134-144 |
| 9 | Daugherty Proof of Claim filed in Highland Bankruptcy | 10/23/2020 | APP 0145-150 |
| 10 | Order Approving Settlement with Patrick Hagaman Daugherty (Claim No. 205) and Authorizing Actions Consistent Therewith with Settlement Agreement attached | 03/08/2022 | APP 0151-183 |
| 11 | Transfer Agreements | 04/01/2022 | APP 0184-189 |
| 12 | HERA Letter from Thom Uebler Requesting Case Files, Records and Invoices | 05/11/2022 | APP 0190-197 |
| 13 | Letter Response from HAK | 05/25/2022 | APP 0198-199 |
| 14 | Letter Response from Williams & Connolly on behalf of DLA Piper | 07/22/2022 | APP 0200-202 |
| 15 | Email from Steven Hough to Surgent/Abrams re: Books and Records [HERA] [RE: Daugherty] | 02/11/2013 | APP 0203-205 |
| 16 | Letter from Drew York to John Morris requesting documents | 01/30/2024 | APP 0206-207 |
| 17 | Email from John Morris to Drew York | 03/05/2024 | APP 0208 |
| 18 | Email from Annette Tyler attaching Abrams & Bayliss and HAK invoices for February 2013 | 03/05/2013 | APP 0209-263 |
| 19 | Email from Surgent to Highland Defendants and Outside Attorneys with revised HERA documents | 01/15/2013 | APP 0264-305 |
| 20 | Leventon deposition testimony in Delaware I | 06/18/2019 | APP 0306-309 |
| 21 | Leventon trial testimony in Delaware I | 10/14/2019 | APP 0310-315 |
| 22 | Ellington deposition testimony in Delaware I | 08/12/2019 | APP 0316-320 |
| 23 | Ellington trial testimony in Delaware I | 10/14/2019 | APP 0321-327 |
| 24 | Dondero trial testimony in Delaware I | 10/14/2019 | APP 0328-336 |
| 25 | Email from Hough to Demaris and Abrams | 11/28/2012 | APP 0337-340 |

| 26 | Email from Annette Tyler to Surgent and attached invoice with 12-22-2012 entry regarding Dondero buyout issue. | 01/09/2013 | APP 0341-343 |
|---|---|---|---|
| 27 | Email from Abrams to Dameris re: HERA memo | 12/30/2012 | APP 0344-346 |
| 28 | Email from Hough to Dameris and Abrams re: Buyout Steps | 01/04/2013 | APP 0347-348 |
| 29 | Email from Surgent to Lackey, Aigen, Britain, Boyce, Honis, Ellington, Abrams and Dameris, dated Jan. 9, 2013 (pg 2 of email string) re: DRAFT HERA DOCS | 01/09/2013 | APP 0349-366 |
| 30 | Email from Abrams to Britain, Dameris and Surgent re: Retainer Request | 01/11/2013 | APP 0367-368 |
| 31 | Email from Hough to Surgent, Dameris and Abrams re: HERA | 01/11/2013 | APP 0369-371 |
| 32 | Email from Surgent to Lackey, Aigen, Britain, Boyce, Dameris, Ellington, Katz and Hough re: HERA docs for review | 01/15/2013 | APP 0372-373 |
| 33 | Agreement between Highland and Joe Dougherty | 01/17/2013 | APP 0374-380 |
| 34 | Email from Abrams to Surgent and Dameris re: HERA | 02/04/2013 | APP 0381-385 |
| 35 | Email from Abrams to Surgent re: Daugherty Litigation | 03/05/2013 | APP 0386-390 |
| 36 | Excerpts from William Lane Britain Deposition in Texas Lawsuit | 06/11/2013 | APP 0391-399 |
| 37 | Excerpts from Boyce Deposition in Texas Lawsuit | 06/05/2013 | APP 0400-407 |
| 38 | Britain trial testimony in Texas Lawsuit | 01/17/2014 | APP 0408-417 |
| 39 | Britain trial testimony in Texas Lawsuit | 01/21/2014 | APP 0418-431 |
| 40 | Surgent trial testimony in Texas Lawsuit | 01/16/2014 | APP 0432-444 |
| 41 | Surgent trail testimony in Texas Lawsuit | 01/17/2014 | APP 0445-466 |
| 42 | Email from Hough to Surgent, Dameris, and Abrams re: HERA | 01/14/2013 | APP 0467-512 |
| 43 | Excerpts from Mark Okada deposition testimony in Texas Lawsuit | 10/15/2013 | APP 0513-515 |
| 44 | Email from Surgent to various recipients re: HERA docs for review | 01/15/2013 | APP 0516-527 |
| 45 | Email from Surgent to various recipients re: DRAFT HERA DOCS | 01/09/2013 | APP 0528-530 |
| 46 | Excerpts from Carl Moore deposition in Texas Lawsuit | 09/24/2013 | APP 0531-537 |
| 47 | Email from Hough to Abrams re: Buyout Update [HERA] | 01/18/2013 | APP 0538 |
| 48 | Second Amended and Restated Limited Liability Company Agreement of Highland Employee Retention Assets LLC | 02/16/2012 | APP 0539-559 |
| 49 | Agreement between Highland and Amit Walia | 02/06/2013 | APP 0560-64 |
| 50 | Honis 1-18-2013, 4:33p.m. CST fax signature pages from Hotel Palomar in San Fransisco | 01/18/2013 | APP 0565-597 |

| 51 | Written Consent of Board of Directors of HERA purporting to (1) approve the amendment to Section 5.1 of the Second Amended LLC Agreement to change number of board members from 6 to 5, and (2) remove Walia effective January 17, 2013 | 01/17/2013 | APP 0598-603 |
|---|---|---|---|
| 52 | Amendment to Second Amended and Restated Limited Liability Company Agreement of Highland Employee Retention Assets LLC | 01/17/2013 | APP 0604-610 |
| 53 | Written Consent of Board of Directors (Expense Payments and Reserves) | 01/17/2013 | APP 0611-615 |
| 54 | Written Consent of Board of Directors (Transfer of Dougherty Units to Highland) | 01/17/2013 | APP 0616-620 |
| 55 | Written Consent of Board of Directors (Approval to Amend Article 5.1 to reduce number of board members to 5 and remove Walia as board member) | 01/17/2013 | APP 0621-626 |
| 56 | Amendment to Second Amended LLC Agreement | 01/17/2013 | APP 0627-633 |
| 57 | Written Consent of Board of Directors (Approval to amend Article VIII for Indemnification and Liability) | 01/17/2013 | APP 0634-639 |
| 58 | Second Amendment to Second Amended and Restated Limited Liability Company Agreement of Highland Employee Retention Assets LLC (Amend Article VIII for Indemnification and Liability) | 01/18/2013 | APP 0640-645 |
| 59 | Written Consent of Board of Directors (Approval of Third Amendment to Article 5.1, 5.2(b)(iv) and Article IX for acceptance and offer of assignment of preferred unit to Highland) | 01/18/2013 | APP 0646-652 |
| 60 | Third Amendment to Second Amended and Restated Limited Liability Company Agreement of Highland Employee Retention Assets LLC | 01/18/2013 | APP 0653-660 |
| 61 | Transfer Agreements of Britain, Dameris, Boyce and Ellington | 01/18/2013 | APP 0661-684 |
| 62 | Email from Hough to Abrams re: Buyout Update [HERA] | 01/18/2013 | APP 0685 |
| 63 | Third Amended and Restated Limited Liability Company Agreement of Highland Employee Retention Assets LLC | 02/01/2013 | APP 0686-696 |
| 64 | Expense Allocation Agreement | 02/01/2013 | APP 0697-699 |
| 65 | Written Consent of Manager of HERA to Expense Allocation | 02/01/2013 | APP 0700-702 |
| 66 | Managers Written Consent for Assignment Agreement and Assignment Agreement as Exhibit A attached thereto | 04/30/2013 | APP 0703-711 |
| 67 | Corporate governance documents produced by Defendants in Texas Lawsuit regarding HERA buyout scheme | 12/18/2013 | APP 0712-753 |

| 68 | Exhibits 70 & 71 from Deposition of Moore in Texas Lawsuit. | 09/24/2013 | APP 754-770 |
|----|----|----|----|
| 69 | Affidavit of William Lane Britain | 08/14/2013 | APP 0771-774 |
| 70 | Email from Hough to Surgent and Abrams re: LLC Fiduciary Duties [HERA] [RE; Privileged] | 08/15/2013 | APP 0775-776 |
| 71 | Metadata for Limited Liability Company Agreement of Highland ERA Management, LLC | 02/07/2013 | APP 0777-778 |
| 72 | Email from Hough to Surgent and Abrams attaching draft response to Daugherty's demand | 02/11/2013 | APP 0779-791 |
| 73 | Highland Financial Statements and Excel Spreadsheets. | 10/15/2019 | APP 0792-869 |
| 74 | Email from Leventon to Hough and Goldsmith re: Daugherty - HERA Distribution, attaching Assignment Agreement | 08/22/2013 | APP 0870-877 |
| 75 | David Klos trial testimony in Delaware I | 10/14/2019 | APP 0878-880 |
| 76 | Daugherty Third Amended Complaint in the Texas Lawsuit | 05/07/2013 | APP 0881-936 |
| 77 | Final Judgment in Texas Lawsuit | 07/11/2014 | APP 0937-973 |
| 78 | HERA's Legitimate Third Amended and Restated Company Agreement | 02/28/2024 | APP 0974-984 |
| 79 | Get Good Trust's Proof of Claim in the Highland Bankruptcy | 04/08/2020 | APP 0985-989 |
| 80 | Dugaboy Investment Trust's ("Dugaboy") Proof of Claim in the Highland Capital Bankruptcy. | 04/08/2020 | APP 0990-994 |
| 81 | Dugaboy's Witness and Exhibit List in the Highland Capital Bankruptcy. | 06/23/2021 | APP 0995-1023 |
| 82 | Litigation Trustee's Complaint against the Trustee Defendants in the Highland Capital Bankruptcy's Adversary Proceeding No. 21-03076-sgj | 05/19/2022 | APP 1024-1169 |
| 83 | Certificate of Amendment for 3820 Goar Park LLC filed with the Texas Secretary of State. | 06/06/2012 | APP 1170-1172 |
| 84 | NexBank Capital, Inc.'s Annual Report of Holding Companies—FR Y-6 filed with the Board of Governors Federal Reserve System | 08/09/2017 | APP 1173-1235 |
| 85 | Dugaboy's Amended Response to Order Requiring Disclosures in the Highland Capital Bankruptcy | 07/09/2021 | APP 1236-1244 |
| 86 | Judge Jernigan's Order Requiring Disclosures in the Highland Capital Bankruptcy | 06/18/2021 | APP 1245-1257 |
| 87 | Texas Franchise Tax Public Information Report for 4312 Belclaire, LLC | 11/08/2022 | APP 1258 |
| 88 | Account History for 4312 Belclaire from the Dallas Central Appraisal District | 12/31/2024 | APP 1259-1267 |
| 89 | Texas Franchise Tax Public Information Report for 3409 Rosedale, LLC. | 05/04/2023 | APP 1268 |
| 90 | Account History for 3409 Rosedale from the Dallas Central Appraisal District. | 01/31/2025 | APP 1269-1270 |

| 91 | Deposition of Isaac Daniel Leventon in the Acis Capital Management, LP Bankruptcy Proceeding, Cause No. 18-30264-SGJ7 in the United States Bankruptcy Court for the Northern District of Texas Dallas Division (the "Acis Bankruptcy") | 03/07/2018 | APP 1271-1396 |
|---|---|---|---|
| 92 | Dugaboy's Proof of Claim #177 in the Highland Capital Bankruptcy | 04/23/2020 | APP 1397-1401 |
| 93 | Get Good's Proof of Claim #120 in the Highland Capital Bankruptcy. | 04/08/2020 | APP 1402-1406 |
| 94 | Get Good's Proof of Claim #128 in the Highland Capital Bankruptcy | 04/08/2020 | APP 1407-1411 |
| 95 | Texas Franchise Tax Public Information Report for Goar Park LLC | 11/15/2013 | APP 1412 |
| 96 | Texas Secretary State report for 3820 Goar Park LLC | | APP 1413 |
| 97 | Hunter Mountain Investment Trust's ("Hunter Mountain") Rule 202 Petition in the 191st Judicial District in Dallas County, Texas. | 06/05/2023 | APP 1414-1641 |
| 98 | Get Good's Certificate of Interested Persons filed in the United States District Court for the Northern District of Texas Dallas Division, Cause No. 3:09-CV-02034-F | 03/16/2010 | APP 1642-1644 |
| 99 | Dugaboy's Proof of Claim #131 in the Highland Capital Bankruptcy | 04/08/2020 | APP 1645-1649 |
| 100 | Dugaboy's Proof of Claim #113 in the Highland Capital Bankruptcy | 04/08/2020 | APP 1650-1654 |
| 101 | Hunter Mountain's Proof of Claim #152 in the Highland Capital Bankruptcy | 04/08/2020 | APP 1655-1663 |
| 102 | Hunter Mountain's Proof of Claim #70 in the Highland Capital Bankruptcy | 04/02/2020 | APP 1664-1675 |
| 103 | Mark Okada's Proof of Claim #135 in the Highland Capital Bankruptcy | 04/08/2020 | APP 1676-1686 |
| 104 | High Capital's Form ADV Part 2A | 03/29/2019 | APP 1687-1742 |
| 105 | Email Correspondence transmitting a Letter from Nancy Dondero, filed in the Acis Bankruptcy | 03/20/2018 | APP 1743-1745 |
| 106 | NexBank Capital, Inc.'s Annual Report of Holding Companies—FR Y-6 filed with the Board of Governors Federal Reserve System. | 03/31/2014 | APP 1746-1800 |
| 107 | BrokerCheck Report on NexBank Securities Inc. | 06/19/2006 | APP 1801-1869 |
| 108 | Third Amended and Restated Shareholders Agreement for NexBank Capital, Inc. dated January 25, 2018 | 01/25/2018 | APP 1870-1894 |
| 109 | NexBank Capital, Inc.'s Notice of Action Taken by Stockholders, dated December 10, 2015 | 12/10/2015 | APP 1895-1902 |
| 110 | Dana Breault's Certificate of License History from the Texas Real Estate Commission ("TREC") | | APP 1903-1907 |
| 111 | Collin County Appraisal District's property search return for Dana Breault's homestead located in Dallas, | | APP 1908 |

6

| | | | |
|---|---|---|---|
| | TX | | |
| 112 | Nancy Dondero's deposition transcript from Highland Capital Bankruptcy's Adversary Proceeding No. 21-03000-SGI, Doc. No. 135-2 | 12/18/2021 | APP 1909-2007 |
| 113 | Redacted Trial Transcript in *Daugherty v. Highland Capital Management, L.P.* C.A. No. 2017-0488-MTZ, in the Delaware Court of Chancery | 10/15/2019 | APP 2008-2288 |
| 114 | Get Good's Amended Response to Order Requiring Disclosures in the Highland Capital Bankruptcy | 07/09/2021 | APP 2289-2295 |
| 115 | Email from Hough to Surgent and Abrams re LLC Fiduciary Duties [HERA] [RE: Privileged] | 08/05/2013 | APP 2296-2297 |
| 116 | Daugherty's Motion for Leave to File Fourth Amended Counterclaim and Third-Party Petition | 11/13/2013 | APP 2298-2541 |
| 117 | Highland Defendants' Response to Motion for Leave to File Fourth Amended Counterclaim and Third-Party Petition of Patrick Daugherty | 12/06/2013 | APP 2542-2626 |
| 118 | Third-Party Defendants' Response to Daugherty's Motion for Leave to File Fourth Amended Counterclaim and Third-Party Petition | 12/06/2013 | APP 2627-2681 |
| 119 | Order Denying Daugherty's Motion for Leave to File Fourth Amended Counterclaim and Third-Party Petition | 12/09/2013 | APP 2682-2683 |
| 120 | Andrews Kurth Invoice No. 10735699 | 01/12/2017 | APP 2684-2697 |
| 121 | Post-Judgment Request Form | 12/09/2016 | APP 2698-2705 |
| 122 | Lynn Pinker Cox & Hurst Invoice No. 20170066 | 01/26/2017 | APP 2706 |

Dated: February 14, 2025

Respectfully submitted,

LAW OFFICE OF MATTHEW BOBO, PLLC.

*/s/ Matthew W. Bobo*
**Matthew W. Bobo**
State Bar No. 24006860

4916 Camp Bowie Blvd.
Fort Worth, Texas 76107
Telephone: (817) 529-0774
Facsimile: (817) 698-9401
mbobo@mwblawyer.com

**ATTORNEY FOR PLAINTIFF**

7

## **CERTIFICATE OF SERVICE**

I certify that on February 14, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system.

/s/ Matthew W. Bobo
Matthew W. Bobo